# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:19-cr-579-T-36CPT

ERIC MANUEL ROBLES RIVERA,

    Defendant.
_____/

## DEFENDANT ERIC MANUEL ROBLES RIVERA EMERGENCY UNOPPOSED MOTION TO RELEASE ON HIS OWN RECOGNIZANCE PENDING SURRENDER TO THE BUREAU OF PRISONS

The defendant, Eric Manuel Robles Rivera hereby moves this Court for an order allowing his release on his own recognizance and ordering his surrender to surrender to the Bureau of Prisons in June 2021 and in support thereof states:

1. Mr. Robles Rivera was sentenced to 33 months in federal prison on July 28, 2020. Mr. Rivera has not been moved to the Bureau of Prisons and is housed in Pinellas County Jail. Mr. Robles Rivera is currently in Morton Plant Hospital suffering from stage four lung cancer that has metastasized to his brain. The prognosis is not optimistic. The defendant request this court release him on his own recognizance with a new report date of June 1, 2021 to the Bureau of Prisons.

2. The government, through Assistant United States Attorney Chris Murray, has no objection to this motion.

                                                  Respectfully submitted,

FARMER & FITZGERALD, P.A.

                                                             *Timothy J. Fitzgerald*
                                                             Timothy J. Fitzgerald, Esq.
                                                             FL Bar No. 0780618
                                                             400 N. Tampa St. Suite 2840
                                                             Tampa, FL 33602
                                                             (813) 228-0095
                                                             FAX (813) 224-0269
                                                             fflawpafedtjf@aol.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been furnished by em/ecf on October 29, 2020 to the following:

AUSA Chris Murray