UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:19-cr-579-T-36CPT

ERIC MANUEL ROBLES RIVERA,

    Defendant.
_____/

**MOTION TO WITHDRAW DOCUMENTS 71 AND 73**

    The defendant, Eric Manuel Robles Rivera through undersigned counsel hereby moves to withdraw two documents; Defendant Eric Manuel Robles Rivera's Amended Unopposed Motion for Release on his own Recognizance(Doc. 71) and Document Defendant Eric Manuel Robles Rivera Emergency Unopposed Motion for Release on his Own Recognizance Pending Surrender to The Bureau of Prisons. (Doc.73 ). Undersigned counsel is in contact with Mr. Rivera's family members and has been informed they are in the process of creating a guardianship for Mr. Rivera's benefit. The request or a similar request may be refiled after consultation with any guardian acting on Mr. Rivera's interests.

    Wherefore, the defendant request this Court allow Documents 71 and 73 to be withdrawn.

    Respectfully submitted,

    FARMER & FITZGERALD, P.A.

    *Timothy J. Fitzgerald*
    Timothy J. Fitzgerald, Esq.

FL Bar No. 0780618  
400 N. Tampa St. Suite 2840  
Tampa, FL 33602  
(813) 228-0095  
FAX (813) 224-0269  
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been furnished by em/ecf on October 30, 2020 to the following:

Office of the United States Attorney

And via email to:
Chris Murray
Assistant United States Attorney